# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 392 |
| | : | |
| AMENDMENT OF RULE 3.15 | : | MAGISTERIAL RULES DOCKET |
| OF THE RULES GOVERNING | : | |
| STANDARDS OF CONDUCT | : | |
| OF MAGISTERIAL DISTRICT | : | |
| JUDGES | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of January, 2016, **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 3.15 of the Rules Governing Standards of Conduct of Magisterial District Judges is amended in the attached form.

To the extent that notice of proposed rulemaking would otherwise be required by Pa. R.J.A. No. 103, the immediate promulgation of the amendments is found to be in the interests of justice and efficient administration.

This **ORDER** shall be processed in accordance with Pa. R.J.A. No. 103(b), and the amendments herein shall be effective immediately.

Mr. Justice Eakin did not participate in the decision of this matter.

Additions are shown in bold and are underlined.

Deletions are shown in bold and are bracketed.